**Slip Op. 01-113**

**JUDGMENT**
_____

UNITED STATES COURT OF INTERNATIONAL TRADE

**JANE A. RESTANI, JUDGE**
_____

```
_____
                                        :
AK STEEL CORPORATION, et al.,           :
                                        :
                                        :
        Plaintiffs,                     :        Consolidated
                                        :        Court No. 97-05-00865
        v.                              :
                                        :
THE UNITED STATES,                      :
                                        :
        Defendant,                      :
                                        :
        and                             :
                                        :
POHANG IRON AND STEEL CO., LTD.,        :
POHANG COATED STEEL CO., LTD.,          :
and POHANG STEEL INDUSTRIES CO., LTD.,  :
                                        :
        Defendant-Intervenors,          :
                                        :
        and                             :
                                        :
UNION STEEL MANUFACTURING CO., LTD.,    :
                                        :
        Defendant-Intervenor,           :
                                        :
        and                             :
                                        :
DONGBU STEEL CO., LTD.,                 :
                                        :
        Defendant-Intervenor.           :
_____ :
```

Having received no objections to the final remand results ordered

in <u>AK Steel Corporation, et al. v. United States</u>, 226 F.Supp. 3d 1361

(Fed. Cir. 2000) and remand order, Consol. Court No. 97-05-00865 (C.I.T. June 21, 2001), the court hereby sustains the final remand redetermination of the Department of Commerce herein.

                                                        _____

                                                        Jane A. Restani
                                                          JUDGE

Dated:  New York, New York

      This 30th day of August, 2001.

**ERRATA**


<u>AK Steel Corporation, et al. v. United States</u>, Consol. Court No. 97-05-00865, Slip Op. 01-113, dated August 30, 2001


Page 1, second line, "226 F.Supp. 3d 1361" should read "226 F.3d 1361"


August 31, 2001